ORIGINAL
FILED

OCT 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLARD K. TOM
General Counsel

LAURA FREMONT
Calif. Bar No. 159670
KENNETH H. ABBE
Calif. Bar No. 172416
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: 415-848-5100
Fax: 415-848-5184
lfremont@ftc.gov
kabbe@ftc.gov

E-filing

Attorneys for Plaintiff
Federal Trade Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | CV10  4879 |
| v. | Case No.: _____ |
| WELLNESS SUPPORT NETWORK, INC., a corporation, | JCS |
| ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and | **COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |
| ROBYN HELD, individually and as an officer of Wellness Support Network, Inc., | |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1.    The FTC brings this action under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to obtain permanent injunctive

Complaint

relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief for Defendants' acts or practices in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52, in connection with the advertising, marketing, and sale of two dietary supplements that they claim prevent, treat, or ameliorate the symptoms of diabetes: WSN® Diabetic Pack ("Diabetic Pack") and WSN® Insulin Resistance Pack ("Insulin Resistance Pack").

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1345, and 15 U.S.C. §§ 45(a), 52, and 53(b).

3.     Venue in the United States District Court for the Northern District of California is proper under 28 U.S.C. §§ 1391(b) and (c) and 15 U.S.C. § 53(b).

## INTRADISTRICT ASSIGNMENT

4.     Defendants have advertised and sold their products in the County of San Francisco.

## THE PARTIES

5.     The FTC is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52, which prohibit, respectively, unfair or deceptive acts or practices and false advertisements for food, drugs, devices, services, or cosmetics in or affecting commerce. The FTC is authorized to initiate federal district court proceedings, by its own attorneys, to enjoin violations of the FTC Act, and to secure such equitable relief as may be appropriate in each case, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies. 15 U.S.C. § 53(b).

6.     Defendant Wellness Support Network ("WSN") is a closely held California corporation with its principal place of business at 620 N. Brand Blvd.,

Complaint                                    2

Ste. 400, Glendale, CA 91203.  At times material to this Complaint, WSN has advertised, marketed, distributed, or sold a variety of dietary supplements, including the Diabetic Pack and Insulin Resistance Pack to consumers throughout the United States.  WSN transacts, or has transacted, business in this District and throughout the United States.

7.     Defendant Robert Held is, or at times material to this Complaint has been, the President and an owner of WSN.  At times material to this Complaint, acting individually or in concert with others, Robert Held has formulated, directed, controlled, had the authority to control, or participated in the policies, acts, or practices of WSN, including the acts or practices alleged in this complaint.  Among other things, in conjunction with Defendant Robyn Held, Defendant Robert Held has participated in the advertising and marketing of products for Defendant Wellness Support Network.  Robert Held transacts, or has transacted, business in this District and throughout the United States.

8.     Defendant Robyn Held is, or at times material to this Complaint has been, an officer of WSN.  At times material to this Complaint, acting alone or in concert with others, Robyn Held has formulated, directed, controlled, had the authority to control, or participated in the policies, acts, or practices of WSN, including the acts or practices alleged in this complaint.   Among other things, in conjunction with Defendant Robert Held, Defendant Robyn Held has participated in the advertising and marketing of products for Defendant Wellness Support Network.  Robyn Held transacts, or has transacted, business in this District and throughout the United States.

## COMMERCE

9.     At all times material to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

//

Complaint                                    3

# DEFENDANTS' PRODUCTS

## The WSN® Diabetic Pack

10.     Since at least 2004, and continuing thereafter, Defendants WSN, Robert Held, and Robyn Held (collectively, "Defendants") have advertised, promoted, offered for sale, sold, or distributed a group of dietary supplements called the WSN® Diabetic Pack to consumers throughout the United States.

11.     The Diabetic Pack consists of three different products:  (1) Glucose Support Formula; (2)  Calcium-Magnesium Formula; and (3) Vitamin & Mineral Formula.

12.     The Glucose Support Formula purportedly contains a variety of dietary ingredients, including Vitamin A, Vitamin D, biotin, chromium, vanadium, and banaba leaf extract.  Users are instructed to take three capsules of the Glucose Support Formula each day.

13.     The Calcium-Magnesium Formula purportedly contains Vitamin D, calcium, magnesium, and other ingredients.  Users are instructed to take one capsule of the Calcium-Magnesium Formula per day.

14.     The Vitamin & Mineral Formula purportedly contains a variety of vitamins, minerals and other ingredients.  Users are instructed to take one capsule of the Vitamin & Mineral Formula per day.

15.     The suggested retail price for the Diabetic Pack is $76.70 for a 30-day supply.

## The WSN® Insulin Resistance Pack

16.     Since at least 2004, and continuing thereafter, Defendants have advertised, promoted, offered for sale, sold, or distributed the WSN® Insulin Resistance Pack to consumers throughout the United States.

17.     Insulin resistance is a condition in which a person's body produces insulin, but does not use it properly.  Insulin resistance can increase the chance of developing Type 2 diabetes and heart disease.

Complaint                                4

18.     The Insulin Resistance Pack is comprised of the same three products that are in the Diabetic Pack:  (1) the Glucose Support Formula; (2) the Calcium-Magnesium Formula;  and (3) the Vitamin & Mineral Formula.  Users are instructed to take three capsules of the Glucose Support Formula per day, and to take one capsule each of the Calcium-Magnesium Formula and the Vitamin & Mineral Formula per day.

19.     The suggested retail price for the Insulin Resistance Pack is $76.70 for a 30-day supply.

## DEFENDANTS' COURSE OF CONDUCT

### The Diabetic Pack

20.     To induce consumers to purchase their Diabetic Pack, Defendants have created, prepared, disseminated, or caused to be disseminated, advertisements and other marketing materials, including, but not limited to, the attached Exhibits A (excerpts from website of June 8, 2009) and B (excerpts from website of June 14, 2010).  These promotional materials contain, among other things, the following statements:

a.     **Completely Natural!**
**Diabetes Breakthrough**

*         *         *

Lower your blood sugar, safely and effectively with absolutely *NO SIDE EFFECTS !!  GUARANTEED !!*

Exhibit ("Ex.") A, p. 1  (Excerpt from website)

b.     **Completely Natural!**
**Diabetes Breakthrough**

*         *         *

Maintain normal blood sugar levels, safely and effectively with absolutely *NO SIDE EFFECTS !!  GUARANTEED !!*

Ex. B, p. 1  (Excerpt from website)

c.     Nobel Prize winning technology validates WSN® Diabetic

Complaint                              5

Pack ingredients!
Studies show a **31.9%** drop in blood sugar levels!

Ex. A, p. 1  (Excerpt from website)

**Include:**    d.    **The WSN® Diabetic Pack Breakthrough Benefits\***

✓ Lower Blood Glucose Levels
✓ Higher Energy Levels
✓ Easier Weight Loss
✓ Lower Cholesterol Levels
✓ Higher Quality of Sleep
✓ Less Dependency on Medications

Ex. A, p. 2  (Excerpt from website)

e.    **The WSN® Diabetic Pack Breakthrough Benefits Include:**

✓ Helps Maintain Normal Blood Glucose Levels
✓ Higher Energy Levels
✓ Lose Weight More Easily
✓ Helps Maintain Lower Cholesterol Levels
✓ Higher Quality of Sleep

Ex. B, p. 2  (Excerpt from website)

f.    The WSN® Diabetic Pack also contains important botanical extracts.  A recent independent clinical trial was done on one of these herbal ingredients from this amazing product.  This study was done on type 2 diabetics (mildly insulin dependent) and reported **an average drop of blood glucose levels of 31.9% and average weight loss of 4.8 pounds in just 30 days!**

Ex. A, p. 2  (Excerpt from website)

g.    **Nobel Prize** Winning Technology
Validates WSN® Diabetic Pack Ingredients!

The good news is that cutting-edge science and nutrition have come together to create a truly monumental and natural breakthrough for diabetics.

Nobel Prize winning science and over 60 independent American university studies confirm the superiority of Foodform® [Diabetic Pack] nutrients.

The reason the WSN® Diabetic Pack works is because it operates at the cellular level and addresses a key problem that every type 2 diabetic has. . .  All type 2 diabetics have a deficiency of key nutrients the body needs to support healthy blood sugar levels.  Your cells simply do not process blood sugar like they should.  The WSN®Diabetic Pack helps your body metabolize blood sugar more efficiently.

Complaint    6

1    Ex. B, pp. 2-4 (Excerpt from website)

2    h.

3    "My blood sugar went from 230 to 117 in just 21 days."  James Marshall, Georgia

4

5    Ex. A, p. 1 (Excerpt from website)
     Ex. B, p. 1 (Excerpt from website)
6

7    i.    **From Barbara Culver in Michigan**
           "Well, just let me tell you this.  This is the first time that I
8          have ever ordered a product that really did what it said it
           would do!

9          "I was taking 50 units of insulin plus pills twice a day and my
           blood sugar just kept going up.  I was tired all of the time and
10         could fall asleep as soon as I sat down.  I also kept gaining
           weight.

11         "Since I've been using the Diabetic Pack I have lost 9 pounds,
12         I have all kinds of energy and my sugar is down in the low
           100s. Also I don't take insulin any more!"

13         Ex. B, pp. 3-4; Ex. A contains similar statements  (Excerpt
14         from website)

15                           **The Insulin Resistance Pack**

16         21.    To induce consumers to purchase their Insulin Resistance Pack,

17   Defendants have created, prepared, disseminated, or caused to be disseminated,

18   advertisements and other marketing materials, including, but not limited to, the

19   attached Exhibit C (excerpt from website of June 14, 2010).  These promotional

20   materials contain, among other things, the following statements:

21

22         a.    **Completely Natural!**
                 ***Insulin Resistance Breakthrough***
23               (Also known as "Metabolic Syndrome" or "Syndrome X")

24               The WSN® Insulin Resistance Pack is a medical food
25               specifically formulated for the dietary management of insulin
                 resistance.

26               Reverse Insulin Resistance, safely and effectively with
                 absolutely *NO SIDE EFFECTS !! GUARANTEED !!*
27
                 Ex. C, p. 1  (Excerpt from website)
28

Complaint                          7

b.  Nobel Prize winning technology validates WSN® Insulin Resistance Pack ingredients!

**The WSN® Insulin Resistance Pack Breakthrough Benefits\* Include:**

- ✓ **Reduced Insulin Resistance**
- ✓ **Improved Utilization of Glucose**
- ✓ **Higher Energy Levels**
- ✓ **Easier Weight Loss**
- ✓ **Lower Cholesterol Levels**
- ✓ **Higher Quality of Sleep**
- ✓ **Helps Prevent Diabetes**

Ex. C, p. 1  (Excerpt from website)

c.  The WSN® Insulin Resistance Pack also contains important botanical extracts.  A recent independent clinical trial was done on one of these herbal ingredients from this amazing product.  This study was done on type 2 diabetics (mildly insulin dependent) and reported **an average drop of blood glucose levels of 31.9% and average weight loss of 4.8 pounds in just 30 days!**

Ex. C, p. 2  (Excerpt from website)

d.  Insulin resistance is a condition that if you don't take effective action against, it simply gets worse, and becomes type 2 diabetes.  Unfortunately, medications only treat the symptoms and usually do nothing to address the underlying causes.  The good news is that cutting-edge science and nutrition have come together to create a truly monumental and natural breakthrough for people who are **insulin resistant.**

**Nobel Prize Validates Amazing Technology**

Nobel Prize winning science and over 60 independent American university studies confirm the superiority of Foodform® [Insulin Resistance Pack] technology . . . Your cells are insensitive to insulin and simply do not process blood sugar like they should, and the WSN® Insulin Resistance Pack helps your body metabolize blood sugar more efficiently.

Ex. C., p. 2  (Excerpt from website)

e.  The WSN® Insulin Resistance Pack is the most technologically advanced product of its kind available anywhere and was validated by the 1999 Nobel Prize for physiology.

Ex. C, p. 3   (Excerpt from website)

**DEFENDANTS' VIOLATIONS OF THE FTC ACT**

22.  Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or

Complaint                                      8

deceptive acts or practices in or affecting commerce." Section 12(a) of the FTC Act, 15 U.S.C. § 52(a), prohibits the dissemination of any false advertisement in or affecting commerce for the purposes of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics.

23.    For the purposes of Section 12 of the FTC Act, 15 U.S.C. § 52, Defendants' products are either "foods" or "drugs," as "food" and "drug" are defined in Section 15(b) and (c) of the FTC Act, 15 U.S.C. § 55(b), (c).

## COUNT ONE

### Deceptive Claims for Diabetic Pack

24.    Through the means described in Paragraph 20, including the statements and depictions contained in the advertisements attached as Exhibits A and B, among others, Defendants have represented, directly or indirectly, expressly or by implication, that:

    a.    Diabetic Pack is an effective treatment for diabetes;

    b.    Diabetic Pack reduces or eliminates the need for insulin and other diabetes medications;

    c.    Scientific studies prove that Diabetic Pack is an effective treatment for diabetes; and

    d.    Diabetic Pack is clinically proven to cause an average drop in blood glucose levels of 31.9%.

25.    The representations set forth in Paragraph 24 are false or were not substantiated at the time they were made.  Therefore, the making of the representations set forth in Paragraph 24 constitutes a deceptive act or practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

## COUNT TWO

### Deceptive Claims for Insulin Resistance Pack

26.    Through the means described in Paragraph 21, including the

Complaint                                          9

statements and depictions contained in the advertisement attached as Exhibit C, among others, Defendants have represented, directly or indirectly, expressly or by implication, that:

      a.    Insulin Resistance Pack reverses insulin resistance;

      b.    Insulin Resistance Pack manages insulin resistance;

      c.    Insulin Resistance Pack prevents diabetes;

      d.    Scientific studies prove that Insulin Resistance Pack is an effective treatment for insulin resistance; and

      e.    Insulin Resistance Pack is clinically proven to cause an average drop in blood glucose levels of 31.9%.

27.    The representations set forth in Paragraph 26 are false or were not substantiated at the time they were made.  Therefore, the making of the representations set forth in Paragraph 26 constitutes a deceptive act or practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

**CONSUMER INJURY**

28.    Consumers have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act.  In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices.  Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

**THIS COURT'S POWER TO GRANT RELIEF**

29.    Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC.  The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies

Complaint                10

1   paid, and the disgorgement of ill-gotten monies, to prevent and remedy any

2   violation of any provision of law enforced by the FTC.

3                            **PRAYER FOR RELIEF**

4        WHEREFORE, Plaintiff FTC, pursuant to Section 13(b) of the FTC Act,

5   15 U.S.C. § 53(b), and the Court's own equitable powers, requests that the Court:

6        (a)    Enter a permanent injunction to prevent future violations of the FTC

7   Act by Defendants;

8        (b)    Award such relief as the Court finds necessary to redress injury to

9   consumers resulting from Defendants' violations of the FTC Act, including, but

10  not limited to, rescission or reformation of contracts, restitution, the refund of

11  monies paid, and the disgorgement of ill-gotten monies; and

12       (c)    Award Plaintiff the costs of bringing this action, as well as such

13  other and additional relief as the Court may determine to be just and proper.

14

15  Dated: 10/27/10                Respectfully Submitted,

16                                 WILLARD K. TOM
                                   General Counsel
17

18                                 *Laura Fremont*

19                                 LAURA FREMONT
                                   KENNETH H. ABBE
20

21                                 Federal Trade Commission
                                   901 Market Street, Suite 570
22                                 San Francisco, CA 94103
                                   Phone: 415-848-5100
23                                 Fax: 415-848-5184
                                   lfremont@ftc.gov
24                                 kabbe@ftc.gov

25                                 Attorneys for Plaintiff
                                   Federal Trade Commission
26

27

28

Complaint                          11