```
 1  LESLIE HOLMES
    California Bar No. 192608
 2  Leslie@HULawyers.com
    HOLMES & USOZ, LLP
 3  333 West Santa Clara Street, Suite 805
 4  San Jose, California 95113
    Telephone: (408) 292-7600
 5  Facsimile:  (408) 292-7611

 6
    Attorney for Defendants:
 7  WELLNESS SUPPORT NETWORK, INC.,
    ROBERT HELD, and
 8  ROBYN HELD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL TRADE COMMISSION, | Case No.: CV10-4879-JCS |
|---|---|
| Plaintiff, | JOINT STIPULATION REGARDING DEFENDANTS' EXTENSION OF TIME TO FILE PAPERS RESPONSIVE TO COMPLAINT; PLAINTIFF'S EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' PAPERS RESPONSIVE TO COMPLAINT; AND DATE FOR HEARING ON DEFENDANTS' PAPERS RESPONSIVE TO COMPLAINT |
| v. | |
| WELLNESS SUPPORT NETWORK, INC., a corporation, ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and ROBYN HELD, individually and as an officer of Wellness Support Network, Inc., | |
| Defendants. | |

Pursuant to Local Rule 6-1(a), the parties to this action hereby stipulate to the following:

1) The deadline for Defendants to file an Answer or to file papers responsive to the Complaint in this action shall be extended from November 26, 2010 to December 29, 2010.

2) The deadline for Plaintiff to file its opposition to any papers filed by Defendants responsive to the Complaint shall be January 14, 2010.

3) A hearing on Defendants' papers filed in response to the Complaint will be held on February 4, 2010 at 1:30pm in front of United States Magistrate Judge Joseph C. Spero in conjunction with the initial case management conference set by court order.

4) Plaintiff and Defendants further stipulate that the events set by this court in its Order Setting Initial Case Management Conference and ADR Deadlines to occur January 14, 2010 and January 28, 2010 will proceed as scheduled [Docket Entry 3].

Respectfully submitted,

Dated: November 24, 2010

HOLMES & USOZ, LLP

By: _____
Leslie Holmes
Attorney for Defendants, WELLNESS SUPPORT NETWORK, ROBERT HELD, and ROBYN HELD

Dated: November 24, 2010

FEDERAL TRADE COMMISSION

By: _____
Laura Fremont
Kenneth H. Abbe
Attorney for Plaintiff, FEDERAL TRADE COMMISSION

Dated: Nov. 29, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV10-4879- JCS
STIPULATION RE EXTENSION OF TIME AND DATE FOR HEARING