MITCHELL S. FUERST
Florida Bar No. 264598
mfuerst@fuerstlaw.com
Fuerst Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Telephone: (305) 350-5690
Facsimile: (305) 371-8989
Appearing *pro hac vice*

LESLIE HOLMES
California Bar No. 192608
Leslie@HULawyers.com
HOLMES & USOZ, LLP
333 West Santa Clara Street, Suite 805
San Jose, California 95113
Telephone: (408) 292-7600
Facsimile: (408) 292-7611

Attorney for Defendants:
WELLNESS SUPPORT NETWORK, INC.,
ROBERT HELD, and
ROBYN HELD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 3:10-cv-04879-JCS |
| Plaintiff, | **JOINT STIPULATION** |
| v. | Hearing Date: TBD<br>Courtroom A, 15th Floor |
| WELLNESS SUPPORT NETWORK, INC., a corporation, ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and ROBYN HELD, individually and as an officer of Wellness Support Network, Inc., | Magistrate Judge: Hon. Joseph C. Spero |
| Defendants. | |

3:10-cv-04879-JCS
JOINT STIPULATION

Defendants, Wellness Support Network, Inc. ("Wellness"), and Robert Held (hereinafter collectively referred to as "Defendants") and Plaintiff, the Federal Trade Commission ("FTC"), hereby stipulate to the following:

1.  On April 4, 2011, the Court entered an Order granting in part and denying in part Defendants' Motion to Dismiss Complaint filed on December 29, 2010.

2.  As a result of this Order, the parties have stipulated that the FTC will re-plead its complaint in part.

3.  The parties have further stipulated that following re-pleading, Defendants will have twenty (20) days to file their Answer and/or other responsive pleadings.

4.  The parties have previously stipulated to and the Court has ordered the following schedule, which remains unchanged:

    a.  The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be June 14, 2011.

    b.  The last day to file for ADR Certification shall be June 14, 2011.

    c.  The last day to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be June 14, 2011.

    d.  The last day to file Rule 26(f) Reports, complete initial disclosures or state objections in a Rule 26(f) Report, and file a Case Management Statement shall be June 28, 2011.

    e.  The Initial Case Management Conference shall be held on July 8, 2011.

Respectfully submitted,

Dated: April 13, 2011                    FUERST ITTLEMAN, PL

                                         HOLMES & USOZ, LLP

                                         By: */s/ Mitchell S. Fuerst*
                                         Mitchell S. Fuerst
                                         Attorney for Defendants, WELLNESS
                                         SUPPORT NETWORK, ROBERT HELD, and
                                         ROBYN HELD

                                         By: */s/ Leslie Holmes*
                                         Leslie Holmes
                                         Attorney for Defendants, WELLNESS
                                         SUPPORT NETWORK, ROBERT HELD, and
                                         ROBYN HELD


Dated: April 13, 2011                    FEDERAL TRADE COMMISSION

                                         By: */s/ Laura Fremont*
                                         Laura Fremont
                                         Kenneth H. Abbe
                                         Attorney for Plaintiff, FEDERAL TRADE
                                         COMMISSION


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __4/18/11____                     _____
                                         JOSEPH C. SPERO
                                         UNITED STATES MAGISTRATE JUDGE