WILLARD K. TOM
General Counsel

LAURA FREMONT, Bar No. 159670
KENNETH H. ABBE, Bar No. 172416
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: 415-848-5100
Fax: 415-848-5184
lfremont@ftc.gov
kabbe@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WELLNESS SUPPORT NETWORK, INC., a corporation,<br><br>ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and<br><br>ROBYN HELD, individually and as an officer of Wellness Support Network, Inc.,<br><br>Defendants. | Case No. 3:10-cv-4879 JCS<br><br>Hearing Date: TBD<br>Courtroom A, 15th Floor<br><br>**JOINT STIPULATION TO REVISE SCHEDULE** |

## I. INTRODUCTION AND PROCEDURAL HISTORY

On May 16, 2011, pursuant to a stipulation by the parties to revise the schedule for this matter (Dkt #28), the Court entered an order (Dkt #29) extending by 20 days the deadline for Defendants' responsive pleadings to Plaintiff's First Amended Complaint. The Court's order also extended by 20 days the deadlines for the parties to, among other things, meet and confer re initial disclosures, file a Rule 26(f) report, complete initial disclosures, and file a

STIPULATION TO REVISE SCHEDULE    3:10-CV-4879 JCS

Case Management Statement.  In the parties' stipulation, the parties had requested revision of the schedule due to scheduling conflicts and a desire to perform the tasks required by the *Order Setting Initial Case Management Conference* (Dkt. #3) more accurately and efficiently.

On June 8, 2011, Defendants filed their *Notice of Motion and Motion to Dismiss First Amended Complaint* (Dkt. #30) ("Motion to Dismiss").  The hearing date was set for July 22, 2011.  Pursuant to newly revised L.R. 7-3(a) and L.R. 7-3(c), the deadline for Plaintiff's opposition to the Motion to Dismiss would be June 22, 2011, and the deadline for Defendants' reply would be June 29, 2011.

In addition, on June 13, 2011, the Court, via a Clerk's Notice (Dkt. #31), extended the date for the hearing on Defendants' Motion to Dismiss from July 22, 2011 to September 16, 2011.  The Court also extended the date of the case management conference to September 16, 2011, and ordered that the case management conference statement be filed by September 9, 2011.  The Court reiterated the June 22 and June 29 dates for filing of Plaintiff's opposition to the Motion to Dismiss and any reply by Defendants.

Due to scheduling conflicts, and pursuant to L.R. 6-2 and L.R. 7-12, the parties have agreed to, and respectfully request the Court to approve, an extension of one week for filing of Plaintiff's opposition to Defendants' Motion to Dismiss, and an extension of one week for filing of Defendants' reply.  In addition, due to the Court's extension of the case management conference and filing of the case management statement, the parties respectfully request that the associated deadlines set in the Court's May 16, 2011 Order (Dkt. #29) be extended as set forth in the schedule below.  The hearing date, case management conference date, and case management conference statement date set by the Clerk's Notice (Dkt. #31) would not change.

//

## II. ~~PROPOSED~~ REVISED SCHEDULE

The parties propose the following modifications to the current schedule for this case:

1. Plaintiff's opposition to Defendants' Motion to Dismiss shall be filed no later than June 29, 2011.

2. Defendants' reply to Plaintiff's Opposition, if any, shall be filed no later than July 6, 2011.

3. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be August 26, 2011.

4. The last day to file for ADR Certification shall be August 26, 2011.

5. The last day to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be August 26, 2011.

6. The last day to file Rule 26(f) reports, complete initial disclosures or state objections in a Rule 26(f) report, and file a Case Management Statement, shall be September 9, 2011.

7. The Initial Case Management Conference shall be held on September 16, 2011 at 9:30 a.m.

## III. CONCLUSION

The parties respectfully request that the Court revise the schedule as set forth above.

                                          Respectfully submitted,

DATED: June 15, 2011         \_\_/s/ Laura Fremont_____

                                      LAURA FREMONT
                                      KENNETH H. ABBE
                                      Attorneys for Plaintiff
                                      FEDERAL TRADE COMMISSION

(The filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.)

DATED: June 15, 2011         \_\_\_/s/Mitchell S. Fuerst_____

```
                              MITCHELL S. FUERST
                              ANDREW S. ITTLEMAN
                              FUERST ITTLEMAN, PL
                              Attorneys for Defendants
                              WELLNESS SUPPORT NETWORK, Inc.,
                              ROBERT HELD, and ROBYN HELD
```

DATED: June 15, 2011          _____/s/ Leslie Holmes_____
                              LESLIE HOLMES
                              HOLMES & USOZ, LLP
                              Attorney for Defendants
                              WELLNESS SUPPORT NETWORK, INC.,
                              ROBERT HELD, and ROBYN HELD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 06/15/2011

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO REVISE SCHEDULE    3:10-CV-4879 JCS**                    Page 4 of 4