MITCHELL S. FUERST
Florida Bar No. 264598
mfuerst@fuerstlaw.com
Fuerst Ittleman, PL
1001 Brickell Bay Drive
32nd Floor
Miami, Florida 33131
Telephone: (305) 350-5690
Facsimile: (305) 371-8989
Appearing *pro hac vice*

LESLIE HOLMES
California Bar No. 192608
Leslie@HULawyers.com
HOLMES & USOZ, LLP
333 West Santa Clara Street, Suite 805
San Jose, California 95113
Telephone: (408) 292-7600
Facsimile: (408) 292-7611

Attorney for Defendants:
WELLNESS SUPPORT NETWORK, INC.,
ROBERT HELD, and
ROBYN HELD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WELLNESS SUPPORT NETWORK, INC., a corporation, ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and ROBYN HELD, individually and as an officer of Wellness Support Network, Inc., <br><br> Defendants. | Case No.: 3:10-cv-04879-JCS <br><br> **JOINT STIPULATION TO REVISE SCHEDULE; DECLARATION OF ANDREW S. ITTLEMAN IN SUPPORT** <br><br> Hearing Date: TBD <br> Courtroom A, 15th Floor <br><br> Magistrate Judge: Hon. Joseph C. Spero |

## I. INTRODUCTION AND PROCEDURAL HISTORY

On June 16, 2011, pursuant to a stipulation by the parties to revise the stipulated and ordered schedule for this matter (Dkt #29), the Court entered an order (Dkt #33) setting deadlines for, among other things, the filing deadlines for Plaintiff's opposition to Defendants' Motion to Dismiss and Defendants' reply, the parties to meet and confer regarding initial disclosures, file a Rule 26(f) report, complete initial disclosures, and file a Case Management Schedule.

As per this Court's June 16, 2011 Order, the last day for the parties to complete initial disclosures is September 9, 2011. However, given the complexities associated with this case, as well as undersigned counsel's scheduling conflicts, the parties have agreed to a 19-day extension of that deadline.

At this time, pursuant to L.R. 6-2 and L.R. 7-12, the parties respectfully request that the deadline set for the last day for the parties to complete initial disclosures in the Court's June 16, 2011 Order be extended by an additional 19 days. The proposed schedule is set forth below.

## II. PROPOSED REVISED SCHEDULE

1. The parties propose the following modification to the current schedule for this case: The last day for complete initial disclosures shall be September 28, 2011.

2. All other aspects of the Court's Scheduling Order dated June 16, 2011, should remain unchanged.

## III. CONCLUSION

The parties respectfully request that the Court revise the schedule as set forth above.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: September 7, 2011 | FUERST ITTLEMAN, PL |
| 2 | | HOLMES & USOZ, LLP |
| 3 | | By: /s/ Mitchell S. Fuerst |
| 4 | | Mitchell S. Fuerst |
| 5 | | Attorney for Defendants, WELLNESS SUPPORT NETWORK, ROBERT HELD, and ROBYN HELD |
| 7 | | By: /s/ Leslie Holmes |
| 8 | | Leslie Holmes |
| 9 | | Attorney for Defendants, WELLNESS SUPPORT NETWORK, ROBERT HELD, and ROBYN HELD |
| 13 | Dated: September 7, 2011 | FEDERAL TRADE COMMISSION |
| 14 | | By: /s/ Laura Fremont |
| 15 | | Laura Fremont |
| 16 | | Kenneth H. Abbe |
| | | Attorney for Plaintiff, FEDERAL TRADE COMMISSION |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 9/8/2011  _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)

3:10-cv-04879-JCS
JOINT STIPULATION