WILLARD K. TOM
General Counsel

LAURA FREMONT, Bar No. 159670
KENNETH H. ABBE, Bar No. 172416
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: 415-848-5100
Fax: 415-848-5184
lfremont@ftc.gov
kabbe@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WELLNESS SUPPORT NETWORK, INC., a corporation,<br><br>ROBERT HELD, individually and as an officer of Wellness Support Network, Inc., and<br><br>ROBYN HELD, individually and as an officer of Wellness Support Network, Inc.,<br><br>Defendants. | Case No. 3:10-cv-4879 JCS<br><br>Hearing Date: TBD<br>Courtroom G, 15th Floor<br><br>**JOINT STIPULATION TO REVISE SCHEDULE RE EXCHANGE OF REPORTS AND SETTLEMENT CONFERENCE** |

## I. INTRODUCTION AND PROCEDURAL HISTORY

At a case management conference held September 16, 2011, the Court ordered the parties to disclose expert reports within 90 days, for settlement purposes only. *Civil Minutes* (Dkt. #48). Based on this order, the parties calculated the due date for exchange of these expert reports to be December 15, 2011. The Court also referred the case to the Honorable Magistrate Judge Corley

STIPULATION TO REVISE SCHEDULE FOR REPORTS & SETTLEMENT CONF        3:10-CV-4879 JCS

for a settlement conference, which she subsequently scheduled for February 3, 2012 (Dkt. #49).

For the reasons described below, and pursuant to L.R. 6-2 and L.R. 7-12, the parties respectfully request the Court to extend the date for exchange of settlement-only expert reports to January 31, 2012.  The parties also respectfully request the Court to forward to the Honorable Magistrate Judge Corley the parties' request that the settlement conference scheduled for February 3, 2012, be rescheduled to any day in March, 2012 which is convenient to Magistrate Judge Corley's schedule.  The parties respectfully make these requests for three reasons: (1) One party's expert will be overseas for several weeks prior to December 15, participating in a study which was scheduled before the December 15 deadline was set; (2) The parties are working on provision of additional materials pursuant to the expert report process; and (3) Counsel for one party is located in Florida and is unable to attend a settlement conference in February due to the expected birth of a child.

**II. PROPOSED REVISED SCHEDULE**

1. The parties shall exchange expert reports for settlement purposes only by January 31, 2012.

2. The case settlement conference scheduled before Magistrate Judge Corley for February 3, 2012, is requested to be reset for a date in March, 2012 which is convenient to Magistrate Judge Corley.

**III. CONCLUSION**

The parties respectfully request that the Court revise the schedule as set forth above, and submit our request regarding the Settlement Conference date to the Honorable Magistrate Judge Corley.

//

//

Respectfully submitted,

DATED: November 8, 2011     _/s/ Laura Fremont_____
                            LAURA FREMONT
                            KENNETH H. ABBE
                            Attorneys for Plaintiff
                            FEDERAL TRADE COMMISSION

(The filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.)

DATED: November 8, 2011     ___/s/Andrew S. Ittleman_____
                            MITCHELL S. FUERST
                            ANDREW S. ITTLEMAN
                            FUERST ITTLEMAN, PL
                            Attorneys for Defendants
                            WELLNESS SUPPORT NETWORK, Inc.,
                            ROBERT HELD, and ROBYN HELD


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/9/11

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO REVISE SCHEDULE FOR REPORTS & SETTLEMENT CONF**           3:10-CV-4879 JCS