

Andrew S. Ittleman, Esq.
305.350.5694
aittleman@fuerstlaw.com

December 9, 2011

**<u>Electronically Filed</u>**
Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA
94102

      Re:    *FTC v. Wellness Support Network Inc., et al*
              **Case No. 3:10-cv-04879-JCS**

Your Honor:

    By way of this letter, counsel for the Defendants in this case respectfully advise the court that they will be appearing telephonically at the status conference scheduled for <u>December 14, 2011 at 9:30 a.m</u>. Undersigned counsel has conferred with counsel for the Plaintiff and has been advised that there is no objection to undersigned counsel appearing telephonically. Likewise, during the case management conference held on September 16, 2011, this Court advised the parties that counsel for the Defendants would be allowed to participate telephonically at the upcoming case management conference.

    Mitchell Fuerst, Esq. and Andrew Ittleman, Esq. will appear on behalf of the defendants and may be reached at (305) 350-5691.

    Thank you for your attention to this matter.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: 12/12/11

ASI/

Very truly yours,

Andrew S. Ittleman, Esq.

IT IS SO ORDERED
Judge Joseph C. Spero

FUERST ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, 32ND FLOOR, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM