

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WESTERN REGION

901 Market Street, Suite 570
San Francisco, CA 94103

Jeffrey Klurfeld
Regional Director

Direct Dial
(415) 848-5100

April 26, 2012

The Honorable Magistrate Judge Jacqueline Scott Corley
Phillip Burton Federal Building
  & United States Courthouse
Courtroom F - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re: *FTC v. Wellness Support Network, et al.*, C10-4879 JCS

Dear Judge Corley:

The parties in the above case are scheduled to appear for a case settlement conference before you on Friday, May 11, 2012. Per your Notice of Settlement Conference and Settlement Conference Order (Dkt. #49), Plaintiff Federal Trade Commission respectfully requests permission to have Dean Graybill represent the Commission at the settlement conference, in addition to complaint counsel. Mr. Graybill is the Assistant Director of the Western Region-San Francisco office of the Federal Trade Commission.

As you may know, the Federal Trade Commission is headed by five Commissioners who are nominated by the President and confirmed by the Senate. All settlements must be formally submitted to them for their consideration. Given the number of matters the Commission has pending at any time, it is impractical for the Commissioners to attend settlement negotiations in the agency's federal court cases. Settlements are therefore presented to them upon a recommendation by the staff. The Commission then sits in deliberation as to whether any settlement should be accepted in the public interest. Mr. Graybill would be designated as that individual who, in consultation with other senior staff, would be invested with the authority to recommend any settlement to the Commission.

The Honorable Magistrate Judge Jacqueline Scott Corley
Re: FTC v. Wellness Support Network
April 27, 2012

    Federal Trade Commission counsel has conferred with defense counsel and defense counsel has no objection to Mr. Graybill appearing at the settlement conference in place of the Commissioners. We respectfully request your permission for him to do so.

Sincerely,

Jeffrey Klurfeld
Regional Director, Western Region

cc: Mitchell S. Fuerst, Esq.
    Andrew S. Ittleman, Esq.
    Fuerst Ittleman, PL
    Attorneys for Defendants

Dated: 4/30/12



GRANTED
Judge Jacqueline Scott Corley